UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GRANT PAUL JONES, | Case No. C12-6092-TSZ |
| Plaintiff, | ORDER DISMISSING CASE |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, docket no. 26, Plaintiff's objections thereto, docket no. 27, and Defendant's Response, docket no. 29, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The final decision of the Commissioner is AFFIRMED and this case is dismissed with prejudice.

(3) The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 18th day of October, 2013.

_____
THOMAS S. ZILLY
United States District Judge

ORDER DISMISSING CASE
PAGE - 1